**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 22-2231**

NAPIER SANDFORD FULLER,

> Plaintiff - Appellant,

v.

SEAN MATTHEW DIXON; NEW HANOVER COUNTY; JOHN DOES 1-10, Yet Unnamed Sheriff's Deputies Employed by the County of New Hanover, North Carolina,[*]

> Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Wilmington.  James C. Dever III, District Judge.  (7:21-cv-00040-D)

Submitted:  February 8, 2024                    Decided:  June 7, 2024

Before NIEMEYER and RUSHING, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Napier Sandford Fuller, Appellant Pro Se.  Frederick Hughes Bailey, III, Scott Christopher Hart, SUMRELL SUGG, PA, New Bern, North Carolina, for Appellees.

---

[*] Although Fuller's amended complaint named only eight John Doe defendants, we use the district court's caption information for consistency.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Napier Sandford Fuller appeals the district court's orders dismissing his 42 U.S.C. § 1983 action for failure to state a claim and denying reconsideration. Fuller argues on appeal that the district court erred in denying his motion to compel discovery to identify certain John Doe defendants and in dismissing his Fourth Amendment claims for failure to state a claim. Upon review of the record, we discern no reversible error. Accordingly, we deny as moot Fuller's motions to extend the filing time for future legal filings, for a telephone conference, and for disposition, and we affirm the district court's orders. *Fuller v. Dixon*, No. 7:21-cv-00040-D (E.D.N.C. Aug. 11, 2022; Oct. 28, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*